Submitted on record and briefs November 17, 1995, affirmed January 3, 1996, petition for review denied April 9, 1996 (323 Or 136)

ROCKY LYNN SMITH,
*Appellant,*

*v.*

Carlton ZENON,
Superintendent,
Oregon State Correctional Institution,
*Respondent.*

(93C-10523; CA A81184)

909 P2d 215

David W. Knofer filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *Martin v. Baldwin,* 138 Or App 296, 906 P2d 868 (1995).